THE STATE v. BEAVER ET AL., ADMINISTRATORS OF CLIF-FORD.

Court will not order a jury to try facts disputed on a *habeas corpus.*

A *habeas corpora* was directed to defendant for Abraham, a negro, and his wife, Dolly. *Leake* and *Stockton* for master.

Defendant returned that they were his slaves for life, and prayed it might be inquired of by the country. For the trial [81] by jury, Leake insisted that a *habeas corpus* was not a summary proceeding, and that error would lie on it, and cited the case of *The Queen* v. *Patty et al.*, 2 *Salk.* 503 ; *Belt* v. *Dalby*, 1 *Dall.* 167.

Per Cur.   This point is settled in the case of *The State* v. *Farlee:* take nothing by your motion.   The court remanded the negroes to the administrators.   There was some evidence of declarations by the master, 'manifesting an intention to liberate them, but the testimony was not satisfactory.